IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCARLETT L. EDIE,

        Plaintiff,

v.

CAROLYN M. COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No. 6:15-cv-01203-MA

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

MARSH, Judge.

Based upon the Stipulation (ECF No. 23) of the parties, it is hereby ORDERED that attorney fees in the amount of $7,756.89 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorney John E. Haapala, Jr., 401 E. 10th Ave., Ste. 240, Eugene, OR 97401. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (1970), the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to paid herein.

IT IS SO ORDERED.

DATED this 11 day of October, 2016.

                                  */s/ Malcolm F. Marsh*
                                  Malcolm F. Marsh
                                  United States District Judge

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA -